## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 2 7 2020

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| Ellis Eugene Phelps<br>4749 Old Countryside Circle South<br>Stone Mountain, Georgia 30083 | )<br>)<br>) |
| Plaintiff | )<br>)<br>) |
| vs | )<br>)<br>)<br>) |
| United States of America<br>U.S. DEPARTMENT OF THE INTERIOR | )<br>)<br>) |
| Defendant | ) |

**1:20-CV-3113**

I am before the court for redress of unclaimed treaty obligations with United States of America.   My ancestors (Native Americans) have been in America from time immemorial, thousands of years prior to European arrival in 1492.   We were   in Ocmulgee Old fields prior to the erection of Ft Hawkins in 1806.   We were here before the Mayflower compact, constitutions, statues, or codes.

The jurisdiction and venue is proper for redress  and assertion of my rights under Article 6 of the Constitution of the United States which states; "All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any thing in the Constitution or Laws of any state to the Contrary notwithstanding.     The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

1.     My name is Ellis Eugene Phelps, this is my statement of claim as the heir to promise(s) and unclaimed debts per Article 8 of the Treaty of 1817 Cherokee Agency, which reads; *"And to each and every head of any Indian family residing on the east side of the Mississippi river, on the lands that are now or may hereafter be surrendered to the United States, who may wish to become citizens of the United States, the United States do agree to give a reservation of six hundred and forty acres of land in a square to include their improvements which are to be as near the centre thereof as practicable, in which they will have a life estate with a reversion in fee simple to their children reserving to the widow her dower, the register of whose names is to be filed in the office of the Cherokee agent, which shall be kept open until the census is taken as stipulated in the third article of this treaty."* Claiming

2. Article 2 of  the 1819 Treaty of Washington which reads; "*The United States agree to pay, according to the stipulations contained in the treaty of the eighth of July, eighteen*

*hundred and seventeen, for all improvements on land lying within the country ceded by the Cherokees, which add real value to the land, and do agree to allow a reservation of six hundred and forty acres to each head of any Indian family residing within the ceded territory, those enrolled for the Arkansaw excepted, who choose to become citizens of the United States, in the manner stipulated in said treaty."* Claiming

3.   Article 12 of the Treaty of 1835 which reads; *"that are averse to a removal to the Cherokee country west of the Mississippi and are desirous to become citizens of the States where they reside and such as are qualified to take care of themselves and their property shall be entitled to receive their due portion of all the personal benefits accruing under this treaty for their claims, improvements and per capita as soon as an appropriation is made for this treaty. Such beads of Cherokee families as are desirous to reside within the States of No. Carolina Tennessee and Alabama subject to the laws of the same; and who are qualified or calculated to become useful citizens shall be entitled, on the certificate of the commissioners to a preemption right to one hundred and sixty acres of land or one quarter section at the minimum Congress price; so as to include the present buildings or improvements of those who now reside there and such as do not live there at present shall be permitted to locate within two years any lands not already occupied by persons entitled to pre-emption privilege under this treaty and if two or more families live on the same quarter section and they desire to continue their residence in these States and are qualified as above specified they shall, on receiving their pre-emption certificate be entitled to the right of pre-emption to such lands as they may select not already taken by any person entitled to them under this treaty."* Claiming

4. As recorded, "*In the year 1808, the Cherokee Nation expressed to the United States their inclination to divide themselves into two Nations. Part of them, about one third, were disposed to continue the hunter state (hunters and gatherers), and, with this view, to remove to the west, where game was more abundant, on lands to be assigned to them by the United States in exchange for their proportion of the lands east of the Mississippi: the other part were disposed to remain to engage in the pursuits of agriculture and civilized life in the country they occupied" where, "they proposed to begin the establishment of fixed laws, and a regular government." Their wishes were communicated to the President of the United States, who favored the scheme. Under his permission and sanction, part of them removed, in the year 1809, to Arkansas, and the separation was carried into complete effect by the treaties of 1817, 1819: it being perfectly understood, agreed, and encouraged by the United States, that those who should remain , would "engage in the pursuits of agriculture and civilized life," under the protection of fixed laws and a regular government, to be established by themselves." ~* The State of Georgia To Extend Her Laws Over Cherokee Nation  Page 12 paragraph 3 *William Wirt Esq. US Attorney General 1817 - 1829*

5. *My ancestors* remained in Macon, Georgia and the surrounding areas of Twiggs, Pike, Bibb and Jones County Georgia **Exhibit A** and North Carolina **Exhibit B** in the pursuit of the American dream of "agriculture and civilization" encouraged by the United States of America.

6. Concerning the matter of "civility", I have raised, seven(**7**) highly esteemed children, of which currently four (4) of them have obtained six (6) college degrees, (1) Nurse (2)

Administrators, (1) Psychology major with two (2) degrees currently working on her Masters Degree, one honor student attending North Carolina Agricultural and Technical State University in continued pursuit thereof. All 100% Native Americans. (4) beautiful grandchildren (1) HVAC Technician and (1) Currently pursuing a career in the United States Armed forces. My wife and I have mentored dozens of college graduates and high school honor students to be great. Genesis 18:19

7.    Despite the many challenges (Indian wars, Loss of Land, *American Slavery, Reconstruction and Civil Rights Struggles)* of American History, of the attached genealogy/timeline we have kept the faith and continue to do so that the promises of the aforementioned treaties are fulfilled. I am a product of Creeks from Ocmulgee Old fields in Macon, GA and Cherokee from Mt. Airy, North Carolina (Exhibit A-B), American Agriculture and, Civilization and continual contributor of "Making America Great Again".

8. As a matter of force majeure and as recorded, "*But it was found that those remaining in the old nation, east of the Mississippi, were intruded on by the whites, and in many instances, overreached by them and deprived of the homes the government of the United States had attempted, by the treaties of 1817 and 1819, to secure to them, and so turned out of passion and left as thriftless vagrants to contend with a condition of society for which they were not qualified, and with an intelligence and enterprise to which they were strangers, and in contact with which they were doomed to dwindle out a short and miserable existence, in wretchedness and homeless poverty. At the same time the States in which their lands were situated regarding them as bad neighbors, were urging the federal government to arrange for the extinguishment of their titles, so*

*as to enable them to extend the laws of those States, respectively, over this territory."*     (Page 3, Line 6) 36th Congress, 1st Session.     HOUSE OF REPRESENTATIVES. Report No. 534. May,18 1860.

In Closing, I am thankful that the Holy Spirit of "our God" and the administration of  the United States of America have protected and stored in trust a portion of land and resources for the righteous to inherit, love, live, rebuild, and enjoy perpetual peace as promised.  My prayer of relief is that all unclaimed debts, and equity as contracted be awarded to me per the aforementioned articles and treaties to secure a permanent home for my family and our posterity in the country selected by our forefathers in order to perpetuate such a state of society as may be most consonant with our views, habits and condition: and as may tend to our individual comfort, and our advancement in civilization.  Exhibit A and B, is my Ocmulgee/Macon, GA and, North Carolina genealogy and records for your perusal and execution of the promises of said treaties.

<div align="center">Anything else would be genocide.</div>

God Bless America

- UCC 1-308 without prejudice

4749 OLD COUNTRYSIDE CIRCLE SOUTH
STONE MOUNTAIN, GA   30083

**EXHIBIT A** (29 Pages)        (Cherokee)    **NORTH CAROLINA — Mother's Genealogy**

Esther Pamel
B: 1780 - D: unknown
3rd Great Grandmother
Page 1, 3,

Sallie Ross
B: unknown- D: unknown
3rd Great Grandmother
Page 22

Chas Chambers        —
B: 1816 - D: unknown
2nd Great Grandfather
Page 4, 5

Manda Chambers
B:1816 - D: unknown
2rd Great Grandmother

James Webster        —
B: 1826 - D: unknown
2nd Great Grandfather
Page 6-10

Winnie Webster
B: 1843 - D: unknown
2rd Great Grandmother
Page 8,10

John Crawler
B: unknown -  D: unknown
2nd Grandfather
Page 11-13

Pete Flippin        —
B: 1826 - D: unknown
2nd Great Grandfather
Page 19,

Mella Ross
B: 1850 - D: unknown
2nd Great Grandfather

Jesse Chambers        —
1862 - 1916
1st Great Grandfather
Page 14

Sarah Crawler
D: 1875 -  D: unknown
1st Great Grandmother
Page 11-14

Pleasant H Webster   —
B: 1861 - D:  unknown
1st Great Grandfather
Page 2, 3, 16, 18

Melissa Flippin
B: 1861 - D:unknown
1st Great Grandmother

Ellis Chambers
B: 1897  D: unknown
Grandfather
Page 25

Esther Webster
B: 1990  D: 1990
Grandmother
Page 18, 24, 25

Wilma Kathleen Phelps
B: 1927 - D: 2006
Mother
Page 25,26

# 1870 United States Federal Census

## Record Index

| | |
|---|---|
| **Name:** | Esther Pamel |
| **Age in 1870:** | 90 |
| **Birth Year:** | 1780 |
| **Birthplace:** | Virginia |
| **Dwelling Number:** | 67 |
| **Home in 1870:** | Quaker Gap, Stokes, North Carolina |
| **Race:** | Black |
| **Gender:** | Female |
| **Post Office:** | Martins Lime Kiln |
| **Occupation:** | At Home |
| **Father of Foreign Birth:** | |
| **Mother of Foreign Birth:** | |
| **Attended School:** | |
| **Cannot Read:** | Y |
| **Cannot Write:** | Y |
| **Disability Condition:** | |
| **Male Citizen Over 21:** | Y |
| **Denied Voting Rights:** | |
| **Personal Estate Value:** | |
| **Real Estate Value:** | |
| **Inferred Father:** | |
| **Inferred Mother:** | |
| **Inferred Spouse:** | |
| **Inferred Children:** | |
| **Household Members:** | 7 |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/7163/images/4277636_00378

**Source Citation:** Year: *1870*; Census Place: *Quaker Gap, Stokes, North Carolina*; Roll: *M593_1160*; Page: *182B*; Family History Library Film: *552659*

**Source Information** Ancestry.com. *1870 United States Federal Census* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2009. Images reproduced by FamilySearch. Original data: 1870 U.S. census, population schedules. NARA microfilm publication M593, 1,761

rolls. Washington, D.C.: National Archives and Records Administration, n.d.Minnesota census schedules for 1870. NARA microfilm publication T132, 13 rolls. Washington, D.C.: National Archives and Records Administration, n.d.

Great Great Great Grandmother
Great Great Grand Parents

**Page No.** 10

☞ Inquiries numbered 7, 16, and 17 are not to be asked in respect to infants. Inquiries numbered 11, 12, 15, 16, 17, 19, and 20 are to be answered (if at all) merely by an affirmative mark, as /.

SCHEDULE 1.—Inhabitants in [illegible] Gap [illegible], in the County of [illegible], State of N. C., enumerated by me on the 11th day of [illegible], 1870.

*Post Office:* [illegible]

[illegible] Martin, Ass't Marshal.

| Dwelling-houses, numbered in the order of visitation. | Families, numbered in the order of visitation. | The name of every person whose place of abode on the first day of June, 1870, was in this family. | Age at last birth-day. If under 1 year, give months in fractions, thus, 3/12. | Sex.—Males (M.), Females (F.) | Color.—White (W.), Black (B.), Mulatto (M.), Chinese (C.), Indian (I.) | Profession, Occupation, or Trade of each person, male or female. | Value of Real Estate. | Value of Personal Estate. | Place of Birth, naming State or Territory of U. S.; or the Country, if of foreign birth. | Father of foreign birth. | Mother of foreign birth. | If born within the year, state month (Jan., Feb., &c.) | If married within the year, state month (Jan., Feb., &c.) | Attended school within the year. | Cannot read. | Cannot write. | Whether deaf and dumb, blind, insane, or idiotic. | Male Citizens of U. S. of 21 years of age and upwards. | Male Citizens of U. S. of 21 years of age and upwards, whose right to vote is denied or abridged on other grounds than rebellion or other crime. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| | | [illegible] | 6 | [illegible] | M | At Home | | | N C | | | | | | | | | | |
| | | [illegible] | 4 | [illegible] | M | " | | | " | | | | | | | | | | |
| | | [illegible] | 1 | [illegible] | M | " | | | " | | | | | | | | | | |
| [illegible] | 66 | [illegible] | [illegible] | M | M | [illegible] | [illegible] | 300 | " | | | | | | | / | | / | |
| | | [illegible] | [illegible] | F | B | K. Keeping house | | | " | | | | | | / | / | | | |
| | | [illegible] | [illegible] | [illegible] | B | At Home | | | " | | | | | | | | | | |
| | | [illegible] | 1 | [illegible] | B | " | | | " | | | | | | | | | | |
| | | [illegible] | [illegible] | | B | " | | | " | | | | | | | | | | |
| [illegible] | 67 | [illegible] | [illegible] | M | B | Farmer [illegible] | 40 | 100 | Va | | | | | | / | / | | / | |
| | | [illegible] | 30 | F | B | Keeping house | | | N C | | | | | | / | / | | | |
| | | [illegible] | 10 | F | B | At Home | | | " | | | | | | / | / | | | |
| | | [illegible] | 1 | [illegible] | B | " | | | " | | | | | | | | | | |
| | | [illegible] | 5 | [illegible] | B | " | | | " | | | | | | | | | | |
| | | [illegible] | 3 | M | B | " | | | " | | | | | | | | | | |
| | | [illegible] | 16 | [illegible] | B | [illegible] | | | [illegible] | | | | | | / | / | | | |
| 68 | 68 | [illegible] | [illegible] | M | B | Farmer [illegible] | 300 | 200 | N C | | | | | | / | / | | / | |
| | | [illegible] | [illegible] | [illegible] | B | Keeping house | | | " | | | | | | | / | | | |
| | | [illegible] | 6 | M | B | At Home | | | " | | | | | | | | | | |
| | | [illegible] | [illegible] | [illegible] | B | " | | | " | | | | | | | | | | |
| | | [illegible] | 3 | F | B | " | | | " | | | | | | | | | | |
| [illegible] | 69 | George [illegible] | [illegible] | M | W | Farm & Miller | 145 | 315 | " | | | | | | | | | / | |
| | | Margaret | [illegible] | F | W | Keeping house | | | Va | | | | | | | | | | |
| [illegible] | 70 | [illegible] | 56 | M | W | Farmer | 1800 | 1100 | N C | | | | | | | | | / | |
| | | [illegible] | [illegible] | F | W | Keeping house | | | " | | | | | | | | | | |
| | | [illegible] | 12 | M | W | At Home | | | " | | | | | | / | / | | | |
| 71 | 71 | [illegible] | 22 | M | W | Blacksmith | [illegible] | | " | | | | | | | | | / | |
| | | [illegible] | 20 | F | W | Keeping house | | | " | | | | | | / | / | | | |
| | | [illegible] | [illegible] | F | W | At Home | | | " | | | | | | | | | | |
| | | Columbus | 1 | M | W | " | | | " | | | | | | | | | | |
| [illegible] | 72 | [illegible] | 35 | M | B | Farmer [illegible] | 125 | | " | | | | | | / | / | | / | |
| | | [illegible] | [illegible] | F | B | Keeping house | | | " | | | | | | / | / | | | |
| | | [illegible] | [illegible] | M | B | At Home | | | " | | | | | | | | | | |
| | | [illegible] | 4 | M | B | " | | | " | | | | | | | | | | |
| | | [illegible], Mary | [illegible] | F | B | Farmer | [illegible] | | " | | | | | | / | / | | | |
| | | [illegible], Co | 5 | M | [illegible] | At Home | | | " | | | [illegible] | | | | | | | |
| | | Stephens, John | 21 | M | B | Farm lab. | [illegible] | | Va | | | [illegible] | | | | | | / | |
| 73 | 73 | [illegible] | 53 | M | B | Farmer | 80 | | N C | | | | | | / | / | | / | |
| | | [illegible] | 35 | F | B | Keeping house | | | Va | | | | | | / | / | | | |
| | | [illegible] | 6 | F | B | Keeping house | | | " | | | | | | | | | | |
| | | Ada | 3 | F | B | At Home | | | " | | | | | | | | | | |
| | | No. of dwellings, [illegible] No. of white females, 4 No. of males, foreign born, ___ " " families, 8 " " colored males, 11 " " females, " " ___ " " white males, [illegible] " " " females, 4 " " blind, ___ | | | | | | | 1806 | 773 | No. of insane, ___ | | | | | 1 | 11 | 11 | | 7 9 | |

3

7/20/2020

Ancestry.com

# 1870 United States Federal Census

## Record Index

| | |
|---|---|
| **Name:** | Chas Chambers |
| **Age in 1870:** | 54 |
| **Birth Year:** | 1816 |
| **Birthplace:** | North Carolina |
| **Dwelling Number:** | 263 |
| **Home in 1870:** | Sheffields, Moore, North Carolina |
| **Race:** | Black |
| **Gender:** | Male |
| **Post Office:** | Carters Mills |
| **Occupation:** | Farmer |
| **Father of Foreign Birth:** | |
| **Mother of Foreign Birth:** | |
| **Attended School:** | |
| **Cannot Read:** | |
| **Cannot Write:** | |
| **Disability Condition:** | |
| **Male Citizen Over 21:** | Y |
| **Denied Voting Rights:** | |
| **Personal Estate Value:** | 150 |
| **Real Estate Value:** | |
| **Inferred Father:** | |
| **Inferred Mother:** | |
| **Inferred Spouse:** | Manda Chambers |
| **Inferred Children:** | Mary Chambers |
| **Household Members:** | 5 |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/7163/images/4277625_00588

**Source Information** {0}
Original data: {1}

Page No. 31

Page No. 104

SCHEDULE 1.—Inhabitants in _Shffields_ Township _No3_ in the County of _Moore_ State of _Ala_, enumerated by me on the _3d_ day of _August_, 1870. _Thos H Ritter_, Ass't Marshal.

610

Post Office: _Carlins Mills._

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 255 | 240 | Murphy A G J | 56 | M | W | Farmer | 500 | 300 | Ala | | | | | | | | | | ✓ | 1 |
| 2 | | | " Catharine | 52 | F | W | | | | Ala | | | | | | | | | | | 2 |
| 3 | | | " Caroline C | 16 | F | W | | | | Ala | | | | | | | | | | | 3 |
| 4 | 256 | 241 | Murphy J Buford | 23 | M | W | Farmer | 450 | 150 | Ala | | | | | | | | | | ✓ | 4 |
| 5 | | | " Lisander | 20 | F | W | | | | Ala | | | | | | | | | | | 5 |
| 6 | | | " Milton L | 5 | M | W | | | | Ala | | | Dec | | | | | | | | 6 |
| 7 | 257 | 242 | Nelson A J | 54 | M | W | Farmer | 200 | 500 | Ala | | | | | | | | | | ✓ | 7 |
| 8 | | | " Alexander | 15 | M | W | | | | Ala | | | | | | | | | | | 8 |
| 9 | | | " Sarah F | 14 | F | W | | | | Ala | | | | | | | | | | | 9 |
| 10 | | | " Martha | 11 | F | W | | | | Ala | | | | | | | | | | | 10 |
| 11 | | | " Julia | 8 | F | W | | | | Ala | | | | | | | | | | | 11 |
| 12 | | | " Allie | 5 | F | W | | | | Ala | | | | | | | | | | | 12 |
| 13 | 258 | 243 | Shields James | 34 | M | W | Farmer | 400 | 300 | Ala | | | | | | | | | | ✓ | 13 |
| 14 | | | " Manda | 33 | F | W | | | | Ala | | | | | | | | | | | 14 |
| 15 | | | " Margarett | 11 | F | W | | | | Ala | | | | | | | | | | | 15 |
| 16 | | | " Martha J | 10 | F | W | | | | Ala | | | | | | | | | | | 16 |
| 17 | | | " James H | 9 | M | W | | | | Ala | | | | | | | | | | | 17 |
| 18 | | | " Sarah C | 7 | F | W | | | | Ala | | | | | | | | | | | 18 |
| 19 | | | Eagle Geo | M | M | B | Laborer | | × | Ala | | | | | | | | | | | 19 |
| 20 | 259 | 244 | Hunsucker G H | 68 | M | W | Farmer | 600 | 400 | Ala | | | | | | | | | | ✓ | 20 |
| 21 | | | " Elizabeth | 52 | F | W | | | | Ala | | | | | | | | | | | 21 |
| 22 | | | " Wesley P | 22 | M | W | Laborer | | × | Ala | | | | | | | | | | | 22 |
| 23 | | | " Lavania | 16 | F | W | | | | Ala | | | | | | | | | | | 23 |
| 24 | | | " Elizabeth | 13 | F | W | | | | Ala | | | | | | | | | | | 24 |
| 25 | | | Persons Frederick | 12 | M | W | | | | Ala | | | | | | | | | | | 25 |
| 26 | 260 | 245 | Chambers Chas | 52 | M | B | Farmer | | 150 | Ala | | | | | | | | | | | 26 |
| 27 | | | " Manda | 38 | F | B | | | | Ala | | | | | | | | | | | 27 |
| 28 | | | " Mary | 17 | F | B | | | | Ala | | | | | | | | | | | 28 |
| 29 | | | " Kate | 16 | F | B | | | | Ala | | | | | | | | | | | 29 |
| 30 | | | " Pope | 9 | M | B | | | | Ala | | | | | | | | | | | 30 |
| 31 | 261 | 247 | Oats George | 55 | M | B | Farmer | | 50 | Ala | | | | | | | | | | | 31 |
| 32 | | | " Flora A | 19 | F | B | | | | Ala | | | | | | | | | | | 32 |
| 33 | | | " Mary C | 14 | F | B | | | | Ala | | | | | | | | | | | 33 |
| 34 | | | " Martha A | 11 | F | B | | | | Ala | | | | | | | | | | | 34 |
| 35 | 262 | 247 | Walden Silva | 42 | F | B | | | | Ala | | | | | | | | | | | 35 |
| 36 | | | " Wm D | 1 | M | B | | | | Ala | | | | | | | | | | | 36 |
| 37 | 263 | 248 | Mainp Henry | 30 | M | W | Farmer | | 200 | Ala | | | | | | | | | | ✓ | 37 |
| 38 | | | " Rebecca J | 24 | F | W | | | | Ala | | | | | | | | | | | 38 |
| 39 | | | " Henry H | 3 | M | W | | | | Ala | | | | | | | | | | | 39 |
| 40 | | | " Columbus | 1 | M | W | | | | Ala | | | | | | | | | | | 40 |

No. of dwellings, _15_.      No. of white females, _9_.    No. of males, foreign born, _____      No. of insane, _____
— families, _9_      — colored males, _6_      — females, _____
— white males, _13_    — — females, _6_      — blind, _____                No. of inmates, _____      _9_

5

# U.S., Naval Enlistment Rendezvous, 1855-1891

## Record Index

| | |
|---|---|
| **Name:** | James Webster |
| **Enlistment Date:** | May 1869 |
| **Enlistment Place:** | New York |
| **Age:** | 43 |
| **Birth Year:** | 1826 |
| **Birth Place:** | Virginia |
| **Complexion:** | Florid |
| **Volume:** | 52 |
| **Page:** | 79 |
| **NARA Publication Title:** | Weekly return of enlistments at Naval Rendezvous ("Enlistment Rendezvous"), Jan. 6, 1855-Aug. 8, 1891 |
| **NARA Publication Number:** | M1953 |
| **NARA Roll:** | 37 |
| **FHL Film Number:** | 2383637 |

## Source Information

**Record Url:**  https://www.ancestry.com/imageviewer/collections/60368/images/MM9.3.1_2FTH-1-14738-12502-7

**Source Information**  Ancestry.com. *U.S., Naval Enlistment Rendezvous, 1855-1891* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2014.
Original data: United States, Naval Enlistment Rendezvous, 1855-1891. Salt Lake City, Utah: FamilySearch, 2013.

James Webster
2ND Great Grandfather
25 Years of Previous Service

2ND Great Grandparents
Great Grandparents

# 1870 United States Federal Census

## Record Index

|  |  |
|---|---|
| **Name:** | James Webster |
| **Age in 1870:** | 45 |
| **Birth Year:** | 1825 |
| **Birthplace:** | Virginia |
| **Dwelling Number:** | 67 |
| **Home in 1870:** | Quaker Gap, Stokes, North Carolina |
| **Race:** | Black |
| **Gender:** | Male |
| **Post Office:** | Martins Lime Kiln |
| **Occupation:** | Farmer Leased |
| **Father of Foreign Birth:** | |
| **Mother of Foreign Birth:** | |
| **Attended School:** | |
| **Cannot Read:** | Y |
| **Cannot Write:** | Y |
| **Disability Condition:** | |
| **Male Citizen Over 21:** | Y |
| **Denied Voting Rights:** | |
| **Personal Estate Value:** | 100 |
| **Real Estate Value:** | 90 |
| **Inferred Father:** | |
| **Inferred Mother:** | |
| **Inferred Spouse:** | Winny Webster |
| **Inferred Children:** | Pleasant Webster |
| **Household Members:** | 7 |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/7163/images/4277636_00378

**Source Citation:** Year: *1870*; Census Place: *Quaker Gap, Stokes, North Carolina*; Roll: *M593_1160*; Page: *182B*; Family History Library Film: *552659*

**Source Information** Ancestry.com. *1870 United States Federal Census* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2009. Images reproduced by FamilySearch. Original data: 1870 U.S. census, population schedules. NARA microfilm publication M593, 1,761

rolls. Washington, D.C.: National Archives and Records Administration, n.d.Minnesota census schedules for 1870. NARA microfilm publication T132, 13 rolls. Washington, D.C.: National Archives and Records Administration, n.d.

Page No. _10_ }

☞ Inquiries numbered 7, 16, and 17 are not to be asked in respect to Indians. Inquiries numbered 11, 12, 15, 16, 17, 18, and 20 are to be answered (if at all) merely by an affirmative mark, as /.

SCHEDULE 1.—Inhabitants in _Index Slip_ _____, in the County of _Tibbs_, State of _A.B._, enumerated by me on the _11th_ day of _Oct._, 1870.

Post Office: _____  — _I. I. Martin_ —, Ass't Marshal.

| Dwelling-houses, numbered in the order of visitation. | Families, numbered in the order of visitation. | The name of every person whose place of abode on the first day of June, 1870, was in this family. | Age at last birthday. | Sex.—Males (M), Females (F). | Color.—White (W), Black (B), Mulatto (M), Chinese (C), Indian (I). | Profession, Occupation, or Trade of each person, male or female. | Value of Real Estate. | Value of Personal Estate. | Place of Birth, naming State or Territory of U. S.; or the Country, if of foreign birth. | Father of foreign birth. | Mother of foreign birth. | If born within the year, state month. | If married within the year, state month. | Attended school within the year. | Cannot read. | Cannot write. | Whether deaf and dumb, blind, insane, or idiotic. | Male Citizens of U.S. of 21 years of age and upwards. | Male Citizens of U.S. of 21 years of age and upwards whose right to vote is denied or abridged. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|  |  |  | 6 | 2 | F |  |  |  | N.C. |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 11 | 1 | M |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 1 | 1 | M |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
| 56 |  |  | 7 | 1 | M |  | 18 | 20 | " |  |  |  |  |  | / | / |  | / |  |
|  |  |  |  |  | F |  |  |  | " |  |  |  |  | / | / |  |  |  |  |
|  |  |  |  |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  | M |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
| 67 |  |  |  | 2 | F |  | 40 | 100 | Va. |  |  |  |  | / | / |  |  | / |  |
|  |  |  | 50 |  | F |  |  |  | N.C. |  |  |  |  | / | / |  |  |  |  |
|  |  |  | 10 | 1 | F |  |  |  | " |  |  |  |  | / | / |  |  |  |  |
|  |  |  | 1 |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 6 |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 8 |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 10 |  | F |  |  |  | Va. |  |  |  |  | / | / |  |  |  |  |
| 68 |  |  | 40 |  | M |  | 300 | 300 | N.C. |  |  |  |  | / | / |  |  | / |  |
|  |  |  |  |  | F |  |  |  | " |  |  |  |  | / | / |  |  |  |  |
|  |  |  | 6 |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 1 |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 3 |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
| 64 |  |  | 3 |  | M |  | 175 | 315 | " |  |  |  |  |  |  |  |  | / |  |
|  |  |  | 4 |  | F |  |  |  | Va. |  |  |  |  |  |  |  |  |  |  |
| 70 |  |  | 36 |  | M |  | 800 | 1100 | N.C. |  |  |  |  |  |  |  |  | / |  |
|  |  |  |  |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 13 |  | M |  |  |  | " |  |  |  |  | / |  |  |  |  |  |
| 71 |  |  | 22 |  | M |  |  |  | " |  |  |  |  |  |  |  |  | / |  |
|  |  |  | 9 |  | F |  |  |  | " |  |  |  |  | / | / |  |  |  |  |
|  |  |  | 1 |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 1 |  | M |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
| 72 |  |  | 15 |  | F |  | 13 |  | " |  |  |  |  | / |  |  |  | / |  |
|  |  |  |  |  | F |  |  |  | " |  |  |  |  | / | / |  |  |  |  |
|  |  |  |  |  | M |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 11 |  | F |  |  |  | " |  |  |  |  |  |  |  |  |  |  |
|  |  |  | 51 |  | F |  |  |  | " |  |  |  |  | / | / |  |  |  |  |
|  |  |  | 7 |  | M |  |  |  | " |  |  |  | / | / |  |  |  |  |  |
|  |  |  | 4 |  | M |  |  |  | Va. |  |  | / | / |  | . |  |  | / |  |
| 73 |  |  | 45 |  | M |  | 80 |  | S.C. |  |  |  |  | / | / |  |  | / |  |
|  |  |  | 36 |  | F |  |  |  | Va. |  |  |  |  | / | / |  |  |  |  |
|  |  |  | 6 |  | B |  |  |  | " |  |  |  |  | / | / |  |  |  |  |
|  |  |  | 2 |  | M |  |  |  | " |  |  |  |  |  |  |  |  |  |  |

No. of dwellings, _6_ No. of white females, _11_ No. of males, foreign born, ___ | 1906 | 275 | No. of insane, ___ |  |  |  |  |  | 1 | 11 14 |  | 7 |
" " families, _8_ " " colored males, _11_ " " " " ___ |  |  |  |  |  |  |  |  |  |  |  | 9 |
" " white males, ___ " " females, _9_ " " blind, ___ |  |  |  |  |  |  |  |  |  |  |  |  |

10

)20                                                                                 Ancestry.com

## U.S., Civil War Pension Index: General Index to Pension Files, 1861-1934

### Record Index

| | |
|---|---|
| **Name:** | John Crawler |
| **Gender:** | |
| **:** | Indian Territory, USA |
| **Relation to Head:** | Soldier |
| **Father:** | |
| **Mother:** | |
| **Spouse:** | |
| **Child:** | Sarah Crawler, et AL |
| **Relative:** | |
| **Running Number:** | |
| **Comments:** | |

### Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/4654/images/32959_032767_04188

**Source Citation:** The National Archives at Washington, D.C.; Washington, D.C.; Record Group Title: *Records of the Department of Veterans Affairs, 1773 - 2007;* Record Group Number: *15;* Series Title: *U.S., Civil War Pension Index: General Index to Pension Files, 1861-1934;* Series Number: *T288*

**Source Information** National Archives and Records Administration. *U.S., Civil War Pension Index: General Index to Pension Files, 1861-1934* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2000.
Original data: General Index to Pension Files, 1861-1934. Washington, D.C.: National Archives and Records Administration. T288, 546 rolls.

# North Carolina, Death Certificates, 1909-1976

## Record Index

|  |  |
|---|---|
| **Name:** | Sarah Chambers |
| **Gender:** | Female |
| **Race:** | |
| **Age:** | |
| **Birth Date:** | |
| **Birth Place:** | |
| **Residence Place:** | |
| **Death Date:** | |
| **Death Place:** | |
| **Father:** | |
| **Mother:** | |
| **Spouse:** | Jesse Chambers |
| **Child:** | Clinton Eugene Chambers |
| **:** | |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/1121/images/S123-462-1962

**Source Citation:** North Carolina State Archives; Raleigh, North Carolina; *North Carolina Death Certificates*

**Source Information** Ancestry.com. *North Carolina, Death Certificates, 1909-1976* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2007.
Original data: North Carolina State Board of Health, Bureau of Vital Statistics. North Carolina Death Certificates. Microfilm S.123. Rolls 19-242, 280, 313-682, 1040-1297. North Carolina State Archives, Raleigh, North Carolina.





Ancestry.com

Ancestry.com

U20

NOV 9 1959

**NORTH CAROLINA STATE BOARD OF HEALTH**
OFFICE OF VITAL STATISTICS

# CERTIFICATE OF DEATH

27417

| REGISTRATION DISTRICT NO. 41-90 | REGISTRAR'S CERTIFICATE NO. | | |
|---|---|---|---|

| 1. PLACE OF DEATH | | | 2. USUAL RESIDENCE (Where deceased lived. If institution residence before admission) |
|---|---|---|---|
| a. COUNTY Guilford | b. TOWNSHIP High Point | c. LENGTH OF STAY (in la) 3 days | a. STATE N. C. |

b. COUNTY Guilford

d. CITY OR TOWN High Point — In Place of Death Within City Limits? YES [X] NO [ ]

c. CITY OR TOWN High Point — In City Limits? YES [X] NO [ ] — On a Farm? YES [ ] NO [ ]

e. FULL NAME OF (If not in hospital or institution, give street address or location) HOSPITAL OR INSTITUTION High Point Memorial Hosp.

d. STREET ADDRESS or R.F.D. NO 306 Wise Street

| 3. NAME OF DECEASED (Type or Print) | First Clinton | Middle Eugene | Last Chambers | 4. DATE OF DEATH  Month 10  Day 8  Year 1959 |
|---|---|---|---|---|

| 5. SEX Male | 6. COLOR OR RACE Negro | 7. MARRIED [ ] NEVER MARRIED [ ] WIDOWED [X] DIVORCED [ ] | 8. DATE OF BIRTH Jan. 1900 59 | 9. AGE (In years last birthday) 59 | If under 1 year  Months  Days | If under 24 hrs.  Hours  Min. |
|---|---|---|---|---|---|---|

| 10. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) Night-watchman | 10b. KIND OF BUSINESS OR INDUSTRY Exposition Bldg. | 11. BIRTHPLACE (State or foreign country) North Carolina | 12. CITIZEN OF WHAT COUNTRY? U. S. A. |
|---|---|---|---|

| 13. FATHER'S NAME Jesse Chambers | 14. MOTHER'S MAIDEN NAME Sarah ? ? ? |
|---|---|

NAME OF HUSBAND OR WIFE

| 15. WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes, no, or unknown) (If yes, give war or dates of service) No | 16. SOCIAL SECURITY NO. 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 | 17. INFORMANT'S NAME AND ADDRESS Mrs. Gwendolyn Brown, 306 Wise St., HighPoint N.C. |
|---|---|---|

| 18. CAUSE OF DEATH | | INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| PART I. DEATH WAS CAUSED BY | | |
| IMMEDIATE CAUSE (a) Cerebral thrombosis | | 4 days. |
| ANTECEDENT CAUSES (Conditions, if any, which gave rise to above cause (a), stating the underlying cause last.) | | |
| DUE TO (b) Arteriosclerosis | | ? |
| DUE TO (c) | | |

| PART II. OTHER SIGNIFICANT CONDITIONS (contributing to death but not related to terminal disease condition given in Part I (a) | 19. WAS AUTOPSY PERFORMED? YES [ ] NO [X] |
|---|---|

| 20a. ACCIDENT SUICIDE HOMICIDE [ ] [ ] [ ] | 20b. DESCRIBE HOW INJURY OCCURRED (Enter nature of injury in Part I or Part II of item 18) |
|---|---|

| 20c. TIME (month, day, year, hour) OF INJURY M | 20d. INJURY OCCURRED WHILE AT [ ] NOT WHILE WORK [ ] AT WORK [ ] | 20e. PLACE OF INJURY (e.g., in or about home, farm, factory, street, office bldg., etc.) | 20f. CITY OR TOWNSHIP | COUNTY | STATE |
|---|---|---|---|---|---|

21. I attended the deceased from Oct. 6, 1959 to Oct. 8, 1959 and last saw him alive on Oct. 8, 19 5.

Death occurred at 5:10 P.M. on the date stated above; and to the best of my knowledge from the causes stated.

| 22a. SIGNATURE Murray B Davis | (Degree or title) M.D. | 22b. ADDRESS High Point | 22c. DATE SIGNED 10-13-59 |
|---|---|---|---|

| 23a. BURIAL, CREMATION, REMOVAL (Specify) Burial | 23b. DATE 10-11-1959 | 23c. NAME OF CEMETERY OR CREMATORY Greenhill Cemetery | 23d. LOCATION (City, town, or county) High Point, N. C. | (State) |
|---|---|---|---|---|

| 24. DATE REC'D BY LOCAL REG. 10-26-59 | 25. LOCAL REGISTRAR'S SIGNATURE J.G. Greenwood | 26. FUNERAL DIRECTOR Wm. B. Haizlip, High Point, N.C. | ADDRESS |
|---|---|---|---|

FORM B
Rev. 1-58



NC-Tribal-and-Urban-Communities-Map-2020.pdf

**Guilford County**

North Carolina

*Great Grand parents*
*Grand mother*

## 1910 United States Federal Census

### Record Index

|  |  |
|---|---|
| **Name:** | Ethel Webster |
| **Age in 1910:** | 9 |
| **Birth Year:** | 1901 |
| **Birthplace:** | North Carolina |
| **Home in 1910:** | Quaker Gap, Stokes, North Carolina |
| **Ward:** | |
| **Street:** | Ayersville Road |
| **House Number:** | |
| **Race:** | Black |
| **Gender:** | Female |
| **Immigration Year:** | |
| **Relation to Head of House:** | Daughter |
| **Marital Status:** | Single |
| **Spouse's Name:** | |
| **Parent's Name:** | |
| **Father's Name:** | Pleas Webster |
| **Father's Birthplace:** | North Carolina |
| **Mother's Name:** | Sissy Webster |
| **Mother's Birthplace:** | North Carolina |
| **Native Tongue:** | |
| **Occupation:** | Laborer |
| **Industry:** | Farm |
| **Employer, Employee or Other:** | Wage Earner |
| **Home Owned or Rented:** | |
| **Home Free or Mortgaged:** | |
| **Farm or House:** | |
| **Naturalization Status:** | |
| **Attended School:** | Yes |
| **Able to read:** | |
| **Able to Write:** | |
| **Institution:** | |
| **Years Married:** | |

**Number of Children Born:**
**Number of Children Living:**
**Out of Work:**
**Number of Weeks Out of Work:**
**Survivor of Union or Confederate Army or Navy:**
**Blind:**
**Deaf and Dumb:**
**Neighbors:** View others on page
**Household Members:** 7

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/7884/images/4449818_00845

**Source Citation:** Year: *1910*; Census Place: *Quaker Gap, Stokes, North Carolina*; Roll: *T624_1128*; Page: *12B*; Enumeration District: *0182*; FHL microfilm: *1375141*

**Source Information** Ancestry.com. *1910 United States Federal Census* [database on-line]. Lehi, UT, USA: Ancestry.com Operations Inc, 2006. Original data: Thirteenth Census of the United States, 1910 (NARA microfilm publication T624, 1,178 rolls). Records of the Bureau of the Census, Record Group 29. National Archives, Washington, D.C. For details on the contents of the film numbers, visit the following NARA web page: NARA.

7/20/2020

Ancestry.com

https://www.ancestry.com/imageviewer/collections/7884/images/4449818_00845?usePUB=true&_phsrc=Vwq1290&usePUBJs=true&pId=16327927&backurl=https%3A%2F%2Fwww.ancestry.com%2F1Family-tree%2Fper



18

# North Carolina, Death Certificates, 1909-1976

## Record Index

|  |  |
|---|---|
| **Name:** | Mella Flippin |
| **Gender:** | Female |
| **Race:** | Black |
| **Age:** | 80 |
| **Birth Date:** | 1850 |
| **Birth Place:** | , North Carolina, United States |
| **Residence Place:** | |
| **Death Date:** | 12 Jul 1930 |
| **Death Place:** | Westfield, Surry, North Carolina, USA |
| **Father:** | |
| **Mother:** | Sallie Ross |
| **Spouse:** | Pete Flippin |
| **Child:** | |
| | **:** |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/7121/images/S123_1050-1053

**Source Citation:**  North Carolina State Archives; Raleigh, North Carolina; *North Carolina Death Certificates*

**Source Information**  Ancestry.com. *North Carolina, Death Certificates, 1909-1976* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2007.
Original data: North Carolina State Board of Health, Bureau of Vital Statistics. North Carolina Death Certificates. Microfilm S.123. Rolls 19-242, 280, 313-682, 1040-1297. North Carolina State Archives, Raleigh, North Carolina.

Ancestry.com

| | |
|---|---|
| **Months Not Employed:** | 0 |
| **Attended School:** | |
| **Can Read:** | No |
| **Can Write:** | No |
| **Can Speak English:** | Yes |
| **House Owned or Rented:** | R |
| **Home Free or Mortgaged:** | |
| **Farm or House:** | F |
| **Neighbors:** | View others on page |
| **Household Members:** | 5 |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/7602/images/4141864-00528

**Source Citation:** Year: *1900*; Census Place: *Quaker Gap, Stokes, North Carolina*; Page: *16*; Enumeration District: *0097*; FHL microfilm: *1241218*

**Source Information** Ancestry.com. *1900 United States Federal Census* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2004. Original data: United States of America, Bureau of the Census. Twelfth Census of the United States, 1900. Washington, D.C.: National Archives and Records Administration, 1900. T623, 1854 rolls.

Case 1:20-cv-00113-SCJ   Document 1   Filed 07/27/20   Page 28 of 58

# TWELFTH CENSUS OF THE UNITED STATES.

## SCHEDULE No. 1.—POPULATION.

State North Carolina
County _____

Township or other division of county _____
Name of incorporated city, town, or village, within the above-named division, _____

Enumerated by me on the ___ day of June, 1900, _____ Enumerator.

Supervisor's District No. _____ Sheet No. _____
Enumeration District No. 82 _____

Name of Institution, _____
Ward of city, _____



| LOCATION | NAME | RELATION | PERSONAL DESCRIPTION | | NATIVITY | CITIZENSHIP | OCCUPATION, TRADE, OR PROFESSION | EDUCATION | OWNED OR RENTED |
|---|---|---|---|---|---|---|---|---|---|

7/20/2020                                                                        Ancestry.com

Form V. S. No. 12—12-2-28. Every item of unreasonable importance should state the cause of death. Physicians should be properly classified, exact statement of occupation or certificate.

**CERTIFICATE OF DEATH**
**COMMONWEALTH OF VIRGINIA**
DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS

17525

1 PLACE OF DEATH
COUNTY OF **Patrick**
MAGISTERIAL
DISTRICT OF
OR
Inc. Town of **Dan River**
OR
City of
(If death occurred in a hospital or other institution, give its NAME instead of street and number)

REGISTRATION DISTRICT No. **701F** REGISTERED No. **13**
(TO BE INSERTED BY REGISTRAR)   (FOR USE OF LOCAL REGISTRAR)
(No........................................St........................WARD)

Length of residence in city or town where death occurred.....yrs........mos.......ds.......How long in U. S., if of foreign birth?.....yrs.......mos......ds

2 FULL NAME **Mella Flippin**
(A) RESIDENCE. No. **The Hollow Va.   Centers Miss Va.**  WARD
(Usual place of abode)                              (If nonresident give city or town and State)

| PERSONAL AND STATISTICAL PARTICULARS | MEDICAL CERTIFICATE OF DEATH |

3. SEX **Female** | 4. COLOR OR RACE **Black** | 5. SINGLE, MARRIED, WIDOWED, OR DIVORCED (write the word) **Widow**

21. DATE OF DEATH (month, day, and year) **July 12–1930**
22. I HEREBY CERTIFY, THAT I ATTENDED DECEASED FROM
........................., To .........................
I LAST SAW H——— ALIVE ON ........................, DEATH IS SAID
TO HAVE OCCURRED ON THE DATE STATED ABOVE, AT.....**4-P**.....M.

5A. IF MARRIED, WIDOWED, OR DIVORCED
HUSBAND OF
(OR) WIFE OF **Pete Flippin**

7. AGE **About 80** Years | Months | Days | IF LESS THAN 1 DAY,——— HRS. OR———MIN.

THE PRINCIPAL CAUSE OF DEATH AND RELATED CAUSES OF IMPORTANCE IN ORDER OF ONSET WERE AS FOLLOWS:     Date of onset

*No Physician*
*Had been in bed some*
*weakness due to old age, for*

8. TRADE, PROFESSION, OR PARTICULAR KIND OF WORK DONE, AS SPINNER, SAWYER, BOOKKEEPER, ETC. **None**
9. INDUSTRY OR BUSINESS IN WHICH WORK WAS DONE, AS SILK MILL, SAW MILL, BANK, ETC. **None**
10. DATE DECEASED LAST WORKED AT THIS OCCUPATION (month and year) **None** | 11. TOTAL TIME (YEARS) SPENT IN THIS OCCUPATION.

CONTRIBUTORY CAUSES OF IMPORTANCE NOT RELATED TO PRINCIPAL CAUSE:    *some time*

12. BIRTHPLACE (city or town) **Nor Car** (State or country)

13. NAME **No Record**
FATHER 14. BIRTHPLACE (city or town) **No Record** (State or country)

NAME OF OPERATION ......................  DATE OF ...........

WHAT TEST CONFIRMED DIAGNOSIS?........ WAS THERE AN AUTOPSY?......
23. IF DEATH WAS DUE TO EXTERNAL CAUSES (VIOLENCE) FILL IN ALSO THE FOLLOWING:    DATE OF
ACCIDENT, SUICIDE, OR HOMICIDE?........ INJURY.................

15. MAIDEN NAME **Sallie Ross**
MOTHER 16. BIRTHPLACE (city or town) **No Record** (State or country)

WHERE DID INJURY OCCUR?.........
(Specify city or town, county, and State)
SPECIFY WHETHER INJURY OCCURRED IN INDUSTRY, IN HOME, OR IN PUBLIC PLACE.

17. INFORMANT **Tom Flippin** (ADDRESS) **R # 2 Mt Airy**

MANNER OF INJURY .................

NATURE OF INJURY ...................

18. BURIAL, CREMATION, OR REMOVAL
PLACE **Family Cem. Va** DATE **July 14–1930**

24. WAS DISEASE OR INJURY IN ANY WAY RELATED TO OCCUPATION OF DECEASED? .................
IF SO, SPECIFY .....................

19. UNDERTAKER **Nelson & Moody** (ADDRESS) **Mt Airy N.C.**

20. FILED **Aug 5 1930**     **Mrs. A. M. Gates** Registrar.

(SIGNED) ...............................
(ADDRESS) **Ararat Va**     **REGISTER**

*Grand Parents — Mother*

**Industry:** Private Home
**Class of Worker:** Wage or salary worker
**Employment:** Yes
**Veteran:**
**War:**
**Household Members:** 4
**Neighbors:** View others on page

## Source Information

**Record Url:**  https://www.ancestry.com/imageviewer/collections/6224/images/4608280_00692

**Source Citation:**  Year: *1930;* Census Place: *Thomasville, Davidson, North Carolina;* Enumeration District: *0025;* FHL microfilm: *2341419*

**Source Information**  Ancestry.com. *1930 United States Federal Census* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2002. Original data: United States of America, Bureau of the Census. Fifteenth Census of the United States, 1930. Washington, D.C.: National Archives and Records Administration, 1930. T626, 2,667 rolls.

23

7/20/2020

Ancestry.com

# 1930 United States Federal Census

### Record Index

|  |  |
|---|---|
| **Name:** | Estha Chambers |
| **Birth Year:** | 1906 |
| **Gender:** | Female |
| **Race:** | Negro |
| **Age in 1930:** | 24 |
| **Birthplace:** | North Carolina |
| **Marital Status:** | Married |
| **Relation to Head of House:** | Wife |
| **Homemaker?:** | Yes |
| **Home in 1930:** | Thomasville, Davidson, North Carolina, USA |
| **Map of Home:** | Thomasville,Davidson,North Carolina |
| **Street Address:** | Turner Street |
| **Ward of City:** | 1 |
| **Block:** | |
| **Institution:** | |
| **House Number:** | 1009 |
| **Dwelling Number:** | 170 |
| **Family Number:** | 189 |
| **Home Owned or Rented:** | |
| **Home Value:** | |
| **Radio Set:** | |
| **Lives on Farm:** | |
| **Age at First Marriage:** | 17 |
| **Attended School:** | No |
| **Able to Read and Write:** | Yes |
| **Father's Birthplace:** | North Carolina |
| **Mother's Birthplace:** | North Carolina |
| **Language Spoken:** | |
| **Immigration Year:** | |
| **Naturalization:** | |
| **Able to Speak English:** | Yes |
| **Occupation:** | Nurse |

https://www.ancestry.com/imageviewer/collections/6224/images/4608280_00692?usePUB=true&_phsrc=Vwq1283&usePUBJs=true&pId=77255372&backurl=https%3A%2F%2Fwww.ancestry.com%2Ffamily-tree%2Fpers

## STATE OF NEW JERSEY

A0009477234

# CERTIFICATE OF BIRTH

NAME OF CHILD

## ELLIS EUGENE PHELPS

DATE OF BIRTH
~~_____~~ 1963

TIME
09:07 AM

SEX
MALE

MAIDEN NAME OF MOTHER

## WILMA KATHLEEN CHAMBERS

NAME OF FATHER

## HORACE ADRIAN PHELPS

PLACE OF BIRTH
**TRENTON CITY**

COUNTY OF BIRTH
**MERCER**

DATE ISSUED:
**MARCH 19, 2013**

FILE NUMBER
**63-2138**

DATE FILED WITH REGISTRAR: **05/17/1963**

ISSUED BY:

**City of Trenton, Health Division**
**Olga A. Figueroa, Registrar**

3116369487

This is to certify that the above is correctly
copied from a record on file in my office.

Certified copy not valid unless the raised
Great Seal of the State of New Jersey
or the seal of the issuing municipality
or county, is affixed hereon.

REG-42A
JAN 13

_Vincent T. Arrisi_
Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

MULTIPLE SECURITY FEATURES

26





27

EXHIBIT
A



## TRENTON CENTRAL HIGH SCHOOL
Trenton, New Jersey

Charlie R. Ramsey
Principal

Phone: (609) 989-2487
Fax: (609) 989-2940

Date: _____ February 6, 1996 ____

To Whom It May Concern:

This is to certify that__ __Ellis Phelps_____,

according to the records of the Central High School, **was graduated**
____1981___ _____ _____.

Seal

Signed Mary McGill

28

# Marriage Certificate

## State of Georgia

### County of
## DeKalb

This Certifies that

ELLIS EUGENE PHELPS

and

DENINE GILL

were united in

# Marriage

GARY LESHAW, JUDGE

by

on the 18TH

day of    NOVEMBER    2005

in the City of DECATUR    County of DEKALB

Georgia. As appears of record in my office in Marriage Record Book 180    Page 685    This 21ST

day of    NOVEMBER    2005

JUDGE OF THE PROBATE COURT, DECATUR, GA.

EXHIBIT C

29

# EXHIBIT B     Ocmulgee (Creek Indian) **Macon, Georgia — Father's Genealogy**
(19 Pages)

Frank Phelps
2nd Great Grandfather
B:  unknown - D:  unknown
Page 1, 2, 3, 4

Emily Hunt
2nd Great Grandmother
B:  unknown - D:  unknown
Page 1, 2, 3, 4

Arthur Phelps
1st Great Grandfather
B: 1863 - D: unknown
Page 5-7

Francis Phelps
1st Great Grandfather
B: 1878 - D: 1919
Page 1, 2, 5-7

Joseph Phelps
B: 1897 - D: 1972
Grandfather
Page 8 - 14

Edna Oliver
B: 1899 - D: 1990
Grandmother
Page 8, 9, 12, 13, 14

Horace Adrian Phelps Sr.
B:  1919 - D:  1990
Father
Page 12, 15, 17, 18, 19

Page 8 of 8

7/21/2020 Ancestry.com

# Georgia, Deaths Index, 1914-1940

## Record Index

| | |
|---|---|
| **Name:** | Phelps Frank |
| **Maiden Name:** | |
| **Gender:** | Male |
| **Race:** | |
| **Ethnicity:** | |
| **Age:** | |
| **Marital Status:** | |
| **Birth Date:** | |
| **Birth Place:** | |
| **Occupation:** | |
| **Death Date:** | |
| **Death Place:** | |
| **Cemetery:** | |
| **Burial Place:** | |
| **Father:** | |
| **Mother:** | |
| **Spouse:** | Emily Hunt |
| **Child:** | Francis Mabry |
| **Certificate Number:** | |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/2562/images/004176525_00853

**Source Citation:** Georgia Department of Health and Vital Statistics; Atlanta, Georgia

**Source Information** Ancestry.com. *Georgia, Deaths Index, 1914-1940* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2011. Original data: "Georgia Deaths, 1914–1927." Index. FamilySearch, Salt Lake City, Utah, 2007. "Georgia Deaths, 1914–1927" and "Georgia Deaths, 1930," images, FamilySearch. Georgia Department of Health and Vital Statistics, Atlanta, Georgia.

Case 1:20-cv-08115-SCJ Document 1 Filed 09/27/20 Page 41 of 58

**great great grandfather**

# EXHIBIT A

EXHIBIT I

**CERTIFICATE OF DEATH**
COMMONWEALTH OF GEORGIA
Bureau of Vital Statistics
STATE BOARD OF HEALTH

File No.—For State Registrar Only.
**8110**

| | |
|---|---|
| **1 PLACE OF DEATH.** | |
| County of Pike | |
| Militia District of Venner 2 | |
| or | Registered No. _____ (For use of Local Registrar) |
| Inc. Town of _____ | |
| or | Registration District No. _____ |
| City of _____ | (For use of Local Registrar) |
| | No. _____ St.; _____ Ward) |
| | (If death occurred in a Hospital or Institution give its NAME instead of street and number.) |
| **2 FULL NAME** Francis Mabry | Residence in City _____ Yrs _____ Mos _____ Days _____ |

(If unnamed child give surname preceded by "Unnamed")

| PERSONAL AND STATISTICAL PARTICULARS | MEDICAL CERTIFICATE OF DEATH |
|---|---|
| **3 MALE OR FEMALE** (Write the word) Female | **16 DATE OF DEATH** June 24 1917 (Month) (Day) (Year) |
| **4 COLOR OR RACE** Black | **17** I HEREBY CERTIFY, That I attended deceased from March 12 1919 to June 24 1919. |
| **5 SINGLE, MARRIED, WIDOWED OR DIVORCED** (Write the word) Married | that I last saw her alive on _____ 17 _____ 191_ |
| **6 DATE OF BIRTH** Sept. Knzal 1875 (Month) (Day) (Year) | and that death occurred on the date stated above, at 7½ m. |
| **7 AGE** 41 yrs _____ mos _____ da | The CAUSE OF DEATH was as follows: Epileptic seizures |
| IF LESS than 1 day _____ hrs. or _____ min.? | |
| **8 OCCUPATION** (a) Trade, profession, or particular kind of work Farm Hand | |
| (b) General nature of industry, business, or establishment in which employed (or employer) | Contributory (SECONDARY) or Influenza |
| **9 BIRTHPLACE** (State or Country) Pike County | (Duration) _____ yrs _____ mos _____ da |
| **10 NAME OF FATHER** Frank Phelps | Is this death attributed to dangerous or unsanitary conditions or employment? No |
| **11 BIRTHPLACE OF FATHER** (State or Country) Dont Know | **21 WAS AN AUTOPSY PERFORMED?** No |
| **12 MAIDEN NAME OF MOTHER** Emily Hurst | (Signed) W. B. Hay _____ M. D. |
| **13 BIRTHPLACE OF MOTHER** (State or Country) Dont Know | 191_ (Address) Williamson |
| **14 THE ABOVE IS TRUE TO THE BEST OF MY KNOWLEDGE** | *State the Disease Causing Death, or, in deaths from Violent Causes, state (1) Means of Injury; and (2) whether Accidental, Suicidal or Homicidal. |
| (Informant) Geo. Mabry | **(18) LENGTH OF RESIDENCE** (For Hospitals, Institutions, Transients, or Recent Residents) |
| (Address) Williamson | At place of death _____ yrs _____ mos _____ da. In the State _____ yrs _____ mos _____ da. Where was disease contracted, if not at place of death? _____ Former or usual residence _____ |
| **15** Filed 6-25 191 9 T. S. Dmeury LOCAL REGISTRAR | **19 PLACE OF BURIAL OR REMOVAL** | **DATE OF BURIAL** _____ 191_ |
| | **20 UNDERTAKER** | **ADDRESS** |

MARGIN RESERVED FOR BINDING WRITE PLAINLY WITH UNFADING BLACK INK—THIS IS A PERMANENT RECORD. AGE should be stated EXACTLY. PHYSICIANS should state CAUSE OF DEATH. See instructions on back of certificate. Exact statement of OCCUPATION is very important.

Ancestry.com

# Georgia, Marriage Records From Select Counties, 1828-1978

## Record Index

|  |  |
|---|---|
| **Name:** | Frank Phelps |
| **Gender:** | Male |
| **Marriage Date:** | 26 Nov 1870 |
| **Marriage Place:** | Jones, Georgia, USA |
| **Spouse:** | Emily Hunt |
| **Spouse Gender:** | Female |

## Source Information

**Record Url:**  https://www.ancestry.com/imageviewer/collections/4766/images/40660_303299-00377

**Source Information**  Ancesrty.com. *Georgia, Marriage Records From Select Counties, 1828-1978* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2013.
Original data: County Marriage Records, 1828–1978. The Georgia Archives, Morrow, Georgia.



18

19

EXHIBIT J

## MARRAIGE LICENSE FOR GREAT GRAND PARENTS

### MARRIAGE LICENSE.

#### State of Georgia, Jones County:

TO ANY JUDGE, JUSTICE OF THE PEACE OR MINISTER OF THE GOSPEL:

YOU ARE HEREBY AUTHORIZED TO JOIN

Frank Phelps colored & Emily Hunt col

In the Holy State of Matrimony, according to the Constitution and Laws of this State; and for so doing, this shall be your sufficient License.

Given under my hand and seal, this 26th day of November 1870

Roland T. Ross
Ordinary.

Georgia, Jones County.

I Certify, That Frank Phelps colored and Emily Hunt colored were joined in MATRIMONY by me, this 26th day of November Eighteen Hundred and Seventy

RECORDED,

Sam Pope M.G.

Ordinary.

### MARRIAGE LICENSE.

#### State of Georgia, Jones County:

TO ANY JUDGE, JUSTICE OF THE PEACE OR MINISTER OF THE GOSPEL:

YOU ARE HEREBY AUTHORIZED TO JOIN

George W Finney & Betse Pitt

In the Holy State of Matrimony, according to the Constitution and Laws of this State; and for so doing, this shall be your sufficient License.

Given under my hand and seal, this 21 day of Dec'r 1870

Roland T. Ross
Ordinary.

Georgia, Jones County.

I Certify, That George W Finney and Betsy Pitts were joined in MATRIMONY by me, this 24 day of December Eighteen Hundred and Seventy

RECORDED,

Pelly Stewart M.G.

Ordinary.

### MARRIAGE LICENSE.

#### State of Georgia, Jones County:

TO ANY JUDGE, JUSTICE OF THE PEACE OR MINISTER OF THE GOSPEL:

YOU ARE HEREBY AUTHORIZED TO JOIN

Randal Ridley colored Marie Butler colored

In the Holy State of Matrimony, according to the Constitution and Laws of this State; and for so doing, this shall be your sufficient License.

Given under my hand and seal, this 14th day of December 1870

Roland T. Ross
Ordinary.

Georgia, Jones County.

I Certify, That Randal Ridley colored and Marie Butler colored were joined in MATRIMONY by me, this 1st day of Dec'r Eighteen Hundred and Seventy

RECORDED,

George W Brown M.G.

Ordinary.

### MARRIAGE LICENSE.

#### State of Georgia, Jones County:

TO ANY JUDGE, JUSTICE OF THE PEACE OR MINISTER OF THE GOSPEL:

YOU ARE HEREBY AUTHORIZED TO JOIN

John W Earley and Mollie Middlebrooks

In the Holy State of Matrimony, according to the Constitution and Laws of this State; and for so doing, this shall be your sufficient License.

Given under my hand and seal, this 22nd day of Dec'r 1870

Roland T. Ross
Ordinary.

Georgia, Jones County.

I Certify, That John W Earley and Mollie Middlebrooks were joined in MATRIMONY by me, this 27th day of December Eighteen Hundred and Seventy

RECORDED,

James Stewart M.G.

Ordinary.

Ancestry.com

# 1910 United States Federal Census

## Record Index

|  |  |
|---|---|
| **Name:** | Arthur Phelps |
| **Age in 1910:** | 50 |
| **Birth Year:** | 1860 |
| **Birthplace:** | Georgia |
| **Home in 1910:** | Wallace, Jones, Georgia |
| **Ward:** | |
| **Street:** | |
| **House Number:** | |
| **Race:** | Black |
| **Gender:** | Male |
| **Immigration Year:** | |
| **Relation to Head of House:** | Head |
| **Marital Status:** | Married |
| **Spouse's Name:** | Francis Phelps |
| **Parent's Name:** | |
| **Father's Name:** | |
| **Father's Birthplace:** | Georgia |
| **Mother's Name:** | |
| **Mother's Birthplace:** | Georgia |
| **Native Tongue:** | English |
| **Occupation:** | Farm Operator |
| **Industry:** | General |
| **Employer, Employee or Other:** | Employer |
| **Home Owned or Rented:** | Rent |
| **Home Free or Mortgaged:** | |
| **Farm or House:** | Farm |
| **Naturalization Status:** | |
| **Attended School:** | |
| **Able to read:** | No |
| **Able to Write:** | No |
| **Institution:** | |
| **Years Married:** | 13 |

**Number of Children Born:**

**Number of Children Living:**

**Out of Work:**

**Number of Weeks Out of Work:**

**Survivor of Union or Confederate Army or Navy:**

**Blind:**

**Deaf and Dumb:**

**Neighbors:** View others on page

**Household Members:** 3

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/7884/images/31111_4327499-00375

**Source Citation:** Year: *1910;* Census Place: *Wallace, Jones, Georgia;* Roll: *T624_200;* Page: *14B;* Enumeration District: *0077;* FHL microfilm: *1374213*

**Source Information** Ancestry.com. *1910 United States Federal Census* [database on-line]. Lehi, UT, USA: Ancestry.com Operations Inc, 2006. Original data: Thirteenth Census of the United States, 1910 (NARA microfilm publication T624, 1,178 rolls). Records of the Bureau of the Census, Record Group 29. National Archives, Washington, D.C. For details on the contents of the film numbers, visit the following NARA web page: NARA.

Ancestry.com

7/21/2020                                                                                    Ancestry.com

# U.S. City Directories, 1822-1995

## Record Index

| | |
|---:|:---|
| **Name:** | Rev Joseph P Phelps |
| **Gender:** | Male |
| **Residence Year:** | 1954 |
| **Street Address:** | |
| **Residence Place:** | Macon, Georgia, USA |
| **Death Date:** | |
| **Death Place:** | |
| **Occupation:** | Pastor |
| **Spouse:** | Edna M Phelps |
| **Publication Title:** | Macon, Georgia, City Directory, 1954 |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/2469/images/12253203

**Source Information** Ancestry.com. *U.S. City Directories, 1822-1995* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2011. Original data: Original sources vary according to directory. The title of the specific directory being viewed is listed at the top of the image viewer page. Check the directory title page image for full title and publication information.



606

## MIDDLE GEORGIA LUMBER CO.



LUMBER
PAINT
ROOFING

*"Everything
For The
Builder and
Repairmen"*

4175 Broadway

TEL.
5-1523

## EPPS MOTOR CO.



NEW
and
USED
CARS

Bought - Sold
Traded

DIAL
3-1616

658
WALNUT

## THE J. W. BURKE CO.
Stationers  Printers
92 Years—Progressive Service
626-638 Mulberry          Tels. 2-2363 - 3-3528

**PETERSON**
—Dorothy W clk Robins AFB r1247 Rocky Creek rd
—Ella M (wid Wm L) h1112 Appleton av
—Ida Mrs h791 Scheeffer pl
—Irene wmkr Willingham Cot Mill r3840 Napier av
—John B (Francia) h3355 Osborne av
—John B studt r1486 Edgewood av
—Johnny F plant wkr Inland Container r719 Miller dr
—L C buyer True Temper Corp r Columbus Ga
—Liveous A wkr Robins AFB r Rhine Ga
—Lois O clk Robins AFB r Warner Robins Ga
—Minnie Mrs presser New York Cleaners h690 Hall
—Mollie J Mrs reatr 1912 Moore h do
—Molly J (wid Jas) h358 Hazel
—Nina spnr Willingham Cot Mill r3840 Napier av
—Ollie P plant wkr Inland Container r5304 Bloomfield rd
—Ralph L (Doris L) formn Willingham Cot h791 Kinnett av
—Roy H slsmn Charlie Wood Inc r607 Woolfolk
—Tommie E (Annie M) plant wkr Inland Container h4374 Capitol av
—Wm (Minnie) emp Peter-Pan Lndry h690 Hall
Petroleum Carrier Corp mgr Warren H Williams transport 126 Hartley av
Pettey Marie G acct clk Robins AFB r Hawkinsville Ga
Pettigrew Fred W (Margt) lab Birdsey Flour Mills h1013 Dennis
—Garfield lab Robins AFB r Dry Branch Ga
—Henry (Lucy M) lab Std Development r1078 Kitchens pl
—John M (Annie) lab h1263 Kitchens
—John M (Louise G) city firefighter h525 Crisp
—John T repr Robins AFB r Milledgeville Ga
—Louise G Mrs candy wrapper McAfee Candy h525 Crisp
—Mary L Mrs h583 Maynard
—Vann (wid John) r538 Charles
—Wiley emp Malcolm G Aldridge
Petite Albert W (Sara E) fireman Naval Ord h3235 Napier av
—Barbara J clk Hogg's Drug r Napier av
—Bessie V (Maggie) emp Robins AFB h592 Center
—Jas E opr Robins AFB r Cochran Ga
—John W (Mamie J) clk Robins AFB h D-1 Pendleton Homes
—Lee V servmn W E Gates Co r932 Newberg av
—Maggie Mrs slsmn Newberry's h592 Center
—Mary L mach opr Macon Shirt r Danville Ga
—Nellie O supvr Macon Shirt r Danville Ga
Petitt Alice Elitra mach opr Happ Bros r4541 Houston av
Petty Beverly S ofc sec Delta Tank Mfg r963 High

**PETTY**
—David E prod Robins AFB r Warner Robins Ga
—J Roble (Gussie B) slsmn Chas H Yates Mtrs h1294 Ross
—Jas C (Murrie H) slsmn Sterchi's h1193 Schley
—Jos M dept mgr Royal Loan & Finance h863 High
—May V (wid Arthur M) h1087 Linden av
—S Aug (Noma L; Tatnail Square Dry Cln) h1195 Briarcliff rd
Pettinger Mary A (wid Chas) r2424 Napier av
Peugh Robert M mach opr Robins AFB r Warner Robins Ga
Peurifoy Betty G asst Robins AFB r Warner Robins Ga
—Hugh O tchr Lanier Sr Hi r1736 Columbus av
—Robt H emp Robins AFB r Warner Robins Ga
Pevis Clair H Mrs emp Robins AFB h406 Clinton
—Mallory (Clair H) driver Yellow Cab r406 Clinton
—Minor F mgr Yellow Cab r405 Clinton
Peyton see also Payton
—Eunice W (wid Thos) h1671 Houston av
—Mary D (wid Wm F) h126 Bay
—Thos (Jewel C) emp Cochrane Field r1671 Houston av
Pfenning Robt G (Irene C) frt solr Harper Mtr Lines h2900 Cherry av apt 233
Phagan Martin C (Frances M) wvr Willingham Cot h527 Holt av
—Odell H dispr Robins AFB r2345 Felton av
Phares Anna clk First Natl Bk & Trust r1531 Dexter av
—Dorthy nurse Macon Hosp r1531 Dexter av
Pharis Chas (Myrtice B) emp Naval Ord h524 Ormond Ter
Pharmes Jesse R (Naomi) h424 Cynthia av
Pharnos Amos r559 E 2d
—Amos Jr (Lillian D) mtcemn Douglass Theatre h559 E 2d
Pharr Agnes H Mrs emp Pharr's Photo Studio h575 Emily pl
—Walter M (Agnes H; Pharr's Studio) h575 Emily pl
Pharr's Studio (Walter M Pharr) photogn 737 Cherry
Phelp Abbie r545 Case
Phelps Carolyn G Mrs tchr Lanier Jr Hi Sch for Boys r139 Forest av
—David A emp Robins AFB r Perry Ga
—Donald T hlpr Cannon Transfer & Storage r175 Lower Bay
—E Doris emp Sou Crate & Veneer r175 Lower Bay
—Eddie (Luella) lab Maxwell Bros h1907 Cedar av
—Fannie (wid Glasco) maid Estie Chaney h1974 Price
—Frank lab Bibb Concrete Pipe r3847 Floyd av
—Georgia H clk typ Robins AFB r2611 Montpelier av
—Hattie r1097 Smith

607

## E. C. McMillan Paint & Glass Co.
Sole Dealers for
CHI-NAMEL AND KEYSTONE PRODUCTS
439 Broadway                          Phone 2-8756

**PHELPS**
—Jas M estimator Ga Sou Constn r139 Forest av
—Jas W guard Robins AFB r Perry Ga
—Joel J Mrs slsclk Robins AFB r Warner Robins Ga
—John H (Josephine P) ydmn h965 Hart
—Jos R Rev (Edna M) pastor Church of God in Christ h175 Lower Bay
—Lee O (Alice) wood yd 448 Elliott h do
—Lucille K Mrs ofc sec Investors Diversified Services r1174 Appleton av
—Marion porter Belk-Matthews r175 Lower Bay
—Mason B (Lucille K) r1174 Appleton av
—Mildred L Mrs corres Sears h3533 Del Park
—Milton B (Dorothy J) emp Robins AFB h99-D Tindall Hts Homes
—Richd r1170 Hall
—Robt W repr Robins AFB r4273 Mikado av
—Seabora E (Georgia M) prod mgr T M Raines Gro h2565 Montpelier av
—Tim R slsmn Macon Paper r Griffin Ga
—Verna R canner Bateman Frozen Food r175 Lower Bay
—Walter (Annie B) carp h735 Hall
—Watley wheemn Robins AFB r Litella Ga
—Wiley T Jr (Mildred L) bkpr Central Tire h3553 Del Park
—Zeter M Mrs h633 Pringle
Phelts John (Doris W) pntr Robins AFB h2035 Canton
Phenizy Wm W Jr (Louise B) slsmn Vogue Cleaner h755 Orange ter
Phi Delta Theta Richard K Pate sec 1488 Edgewood av
Phi Sorority Virginia Yaden v-pres 1360 College
Phifer Jas R guard Robins AFB r1270 Auburn av
Philadelphia Hat Cleaning Co (Redden J Goodson) 613 Charry
Philips Ada C (wid Andrew J) r1387 Blackmon av
Philips Anne C r1170 Hall
—Al studt r824 Graham
—Albert D (Hattie B) esmblr Robins AFB r1183 Duncan av
—Albert L (Lucy J) h23-A Oglethorpe Homes
—Alma psr Macon Shirt r863 2d
—Alma L pkr Macon Shirt r Danville Ga
—Alpheus M (Julia G) asst med dir Bankers Health & Life Ins h131 Buford pl
—Alva S (Juanita B) widr Taylor Iron Wks r824 Graham
—Andrew A (Bessie W) emp Little Tavern h1266 3d
—Annie R haskpr h1071 Dennis
—Beatrice C Mrs emp Robins AFB h1438 Bailey av
—Ben r201 Lower Bay
—Ben (Anna) lab Robins AFB h896 Bowman
—Benj (Henrietta) porter State Health Dept h1201 8th
—Benj slsmn Natl Sup r1110 7th

**PHILLIPS**
—Chas H (Dorothy M) slsmn Corbin Sup h1535 Colonial dr
—Chas M (Mildred B) formn Robins AFB h1836 Edna Place rd
—Charlie (Hattie B) emp G Bowen h569 Norris
—Charlie O hlpr Robins AFB r Ft Valley Ga
—Clara M mach opr Macon Shirt r1443 3d
—Clinton (Grace V) partman McGoldrich Mtr r3D 5
—Curtis instr Fred Astaire Dance Studio r891 Cherry
—Daisy E (wid Howard) r2097 Pio Nono av
—Dinah (wid Jackson) r490 Williams (EM)
—Dwell C repr Robins AFB r945 Walnut
—Edw (Phyllis A; Macon Prntg) r2388 Recreation rd
—Edw lab Cherokee Brick & Tile r373 Bdwy
—Elias Z repr Robins AFB r Warner Robins Ga
—Ellis W (Mary A) opr Robins AFB h1087 Rose pl
—Elsie maid r1046 Woolfolk
—Ethel L Mrs emp Robins AFB h824 Oglethorpe
—Eug supvr Inland Container Corp r2974 Morse Miles rd
—Eug usher Douglass Theatre r767 Ash
—Eunice Mrs h785 Edgewood av
—Florence G clk Robins AFB r3714 Ridge av
—Frazer E (Ruth) hlpr Sing Serv Sta r2232 Winship
PHILLIPS GARDEN MART (KEO R PHILLIPS), EVERYTHING FOR YOUR GARDEN, SEEDS, LAWN and GARDEN SUPPLIES, TREES, SHRUBS, PLANTS, AZALEAS, CAMELLIAS, FERTILIZERS and INSECTICIDES 1025 PIO NONO av, TEL 5-4068
—Garrard L (Gussie C) stock clk Ga Pwr h180 Florida av
—Geo (Martha B) lab h110 May av
—Geo H (Minnie V; Phillips Garden Mart) h1320 Duncan av
—Geo T intcemn Dannenberg's r612 2d
—Gerald emp Sou Wood Preserving r859 Cherry
—Gordon (Delia Mc) mach opr Herbert G Tinker h3681 W Napier av
—Grover C (Margaret A; Phillips Motor) r185 Parkwood av
—Grover F (Beatrice C) overseer Atlantic Cot h1438 Bailey av
—Gus L emp Robins AFB r Warner Robins Ga
—Gussie C Mrs tel opr Dannenberg's h180 Florida av
—Harry (Ethel L) hlpr City San Dept h924 Oglethorpe
—Hattie G (wid Rev Wm) drmkr 189 Ward h do
—Henry D wtchmn Taylor Iron Wks & Sup r2575 Masseyville rd
—Henry H supt Gulf Life Ins r Milledgeville Ga

## ISAAC J. HENRY
REAL ESTATE BROKER
*"WE RENT THE TOWN AND SELL THE EARTH"*
701 Broadway          PHONES 3-3820  3-2218

## King PLUMBING & HEATING CO.
653 PLUM ST.
PLUMBING AND HEATING WORK OF ALL KINDS
DAY 3-0482
NIGHT 5-6464

FILM
DEVELOPING
AUDIO
VISUAL

Across from City Auditorium

COKE'S
PHOTOGRAPHIC CENTER

735 CHERRY

CAMERAS
PHOTO
SUPPLIES

TEL. 5-2211

## Mutual Personnel Service

QUALIFIED
OFFICE SALES
and
TECHNICAL
PERSONNEL

No Cost
To Employer

201
First Natl Bk.
425 2d.

TEL.
3-3757

Ancestry.com

# 1940 United States Federal Census

Record Index   *Joseph Phelps*

| | |
|---|---|
| **Name:** | Joseph Pheeps |
| **Respondent:** | |
| **Temporarily Absent:** | |
| **Age:** | 41 |
| **Estimated Birth Year:** | 1899 |
| **Gender:** | Male |
| **Race:** | 2 |
| **Birthplace:** | Georgia |
| **Marital Status:** | Married |
| **Relation to Head of House:** | Head |
| **Home in 1940:** | Macon, Bibb, Georgia |
| **Map of Home in 1940:** | Macon,Bibb,Georgia |
| **Street:** | Elrev Street |
| **House Number:** | 120 |
| **Farm:** | |
| **Inferred Residence in 1935:** | Macon, Bibb, Georgia |
| **Residence in 1935:** | Same Place |
| **Resident on farm in 1935:** | No |
| **Citizenship:** | |
| **Sheet Number:** | 19A |
| **Institution:** | |
| **Number of Household in Order of Visitation:** | 475 |
| **Father's Birthplace:** | |
| **Mother's Birthplace:** | |
| **Occupation:** | Laborer |
| **Industry:** | Brick Mfg Plant |
| **House Owned or Rented:** | Rented |
| **Value of Home or Monthly Rental if Rented:** | 8 |
| **Woman Marriages:** | |
| **Woman Age at First Marriage:** | |

7/21/2020                                                                                        Ancestry.com

| | |
|---|---|
| **Number of Children Ever Born:** | |
| **Attended School or College:** | No |
| **Highest Grade Completed:** | Elementary school, 8th grade |
| **Hours Worked Week Prior to Census:** | 42 |
| **Duration of Unemployment:** | |
| **Class of Worker:** | Wage or salary worker in private work |
| **Weeks Worked in 1939:** | 52 |
| **Income:** | 655 |
| **Income Other Sources:** | No |
| **Native Language:** | |
| **Veteran:** | |
| **Veteran Father Dead:** | |
| **Military service:** | |
| **Social Security Number:** | |
| **Usual Occupation:** | |
| **Usual Industry:** | |
| **Usual Class of Worker:** | |
| **Neighbors:** | View others on page |
| **Household Members:** | 12 |

## Source Information

**Record Url:**  https://www.ancestry.com/imageviewer/collections/2442/images/M-T0627-00640-00603

**Source Citation:**  Year: *1940*; Census Place: *Macon, Bibb, Georgia*; Roll: *m-t0627-00640*; Page: *19A*; Enumeration District: *11-22*

**Source Information**  Ancestry.com. *1940 United States Federal Census* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2012. Original data: United States of America, Bureau of the Census. Sixteenth Census of the United States, 1940. Washington, D.C.: National Archives and Records Administration, 1940. T627, 4,643 rolls.

Case 1:20-cv-03113-SCJ Document 1 Filed 07/27/20 Page 51 of 58

EXHIBIT D

State Georgia
County Bibb
Incorporated place Macon City
Township or other division of county WD 716
Block No. 54—60
S.D. No. 6
E.D. No. 11-27
Sheet No. 19-A

Begins Block 54 and Begins Block 60

| Line | Household | Name | Relation | Personal description | Education | Place of birth | Employment status |
|---|---|---|---|---|---|---|---|
| 1 | 625 | Harris, Miller | Head | | | Geor... | |
| 2 | | Della | Wife | | | Georgia | |
| 3 | | John W. | Son | | | Georgia | |
| 4 | | Hilda | Dau | | | Georgia | |
| 5 | | Gene | Brdl | | | | |
| 6 | 84 | Green, William | Head | | | Geor... | Labor |
| 7 | | Jane | Wife | | | Georgia | |
| 8 | | H. William | Son | | | Georgia | |
| 9 | | Vera Mae | Dau | | | Georgia | |
| 10 | | Freddie | Son | | | Geor... | |
| 11 | | Freddie Lee | Son | | | Georgia | |
| 12 | | Alma Mae | Dau | | | Georgia | |
| 13 | 160 | 588 | Marshall, Eva | Head | | | Geor... |
| 14 | | Lula | Dau | | | Georgia | |
| 15 | | Julia Mae | Dau | | | | |
| 16 | 159 | R.16 | Williams, Queen | Head | | | Georgia | Labor |
| 17 | | Vivian | Dau | | | Georgia | |
| 18 | | Rebecca | Dau | | | Georgia | |
| 19 | 190 | R.16 | Shells, Joseph | Head | | | Geor... | Labor |
| 20 | | Viola | Wife | | | | |
| 21 | | George | Son | | | Georgia | Labor |
| 22 | | George | Son | | | Georgia | Labor |
| 23 | | Milton | Son | | | Georgia | |
| 24 | | Eugene | Son | | | Georgia | |
| 25 | | Doris | Dau | | | Georgia | |
| 26 | | Eunice | Dau | | | Georgia | |
| 27 | | Vera Ruth | Dau | | | Georgia | |
| 28 | | Walter Lee | Son | | | Georgia | |
| 29 | | Ernest | Son | | | Georgia | |
| 30 | | Marian | Son | | | Georgia | |
| 31 | | | Brown, Freeman | Head | | | Georgia | Labor |
| 32 | | | Lenora | Wife | | | Georgia | |
| 33 | | | Elizabeth | Dau | | | Georgia | |
| 34 | | | Willie | Son | | | Georgia | |
| 35 | 144 | R.45 | Collins, Charlie | Head | | | Georgia | Labor |
| 36 | | | Cornelia | Wife | | | Georgia | |
| 37 | 102 | R.16 | Watkins, Jesse | Head | | | Georgia | Labor |
| 38 | | | Mamie Lou | Wife | | | Georgia | |
| 39 | 162 | R.45 | Rice, James | Head | | | Georgia | Labor |
| 40 | | | Leona | Wife | | | Georgia | |

SUPPLEMENTARY QUESTIONS
For Persons Enumerated on lines 3 and 6

| Name | Place of birth of father | Place of birth of mother | Language |
|---|---|---|---|
| Harris, Della Mae | Georgia | Georgia | English |
| Green, William | Geor. Ca | Georgia | |

Ancestry.com

# Georgia, Marriage Records From Select Counties, 1828-1978

## Record Index

| | |
|---|---|
| **Name:** | Joseph Phelps |
| **Gender:** | Male |
| **Marriage Date:** | 14 Jan 1917 |
| **Marriage Place:** | Bibb, Georgia, USA |
| **Spouse:** | Edna Mae Oliver |
| **Spouse Gender:** | Female |

## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/4766/images/40951_294498-00321

**Source Information** Ancesrty.com. *Georgia, Marriage Records From Select Counties, 1828-1978* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2013.
Original data: County Marriage Records, 1828–1978. The Georgia Archives, Morrow, Georgia.

13

EXHIBIT G

A1

## MARRIAGE LICENSE
### STATE OF GEORGIA, BIBB COUNTY

To any Judge, Justice of the Peace or Minister of the Gospel:

YOU ARE HEREBY AUTHORIZED TO JOIN

Joseph Phelps and Edna Mae Oliver

In the Holy State of Matrimony, according to the Constitution and Laws of this State, and for so doing, this shall be your sufficient License. And you are hereby required to promptly return this License to me, with your certificate hereon, of the fact and date of the Marriage.

Given under my hand and seal, this 13th day of January 1917.

C M Wiley (E. A.)

### CERTIFICATE, Georgia, Bibb County

I Certify, That Joseph Phelps and Edna Mae Oliver were joined in Matrimony by me, this 14th day of January 1917.

Recorded January 16th 1917

S G Croom M. G.

## MARRIAGE LICENSE
### STATE OF GEORGIA, BIBB COUNTY

To any Judge, Justice of the Peace or Minister of the Gospel:

YOU ARE HEREBY AUTHORIZED TO JOIN

Raford May and Leila Brown

In the Holy State of Matrimony, according to the Constitution and Laws of this State, and for so doing, this shall be your sufficient License. And you are hereby required to promptly return this License to me, with your certificate hereon, of the fact and date of the Marriage.

Given under my hand and seal, this 23rd day of December 1916.

C M Wiley (E. A.)

### CERTIFICATE, Georgia, Bibb County

I Certify, That Raford May and Leila Brown were joined in Matrimony by me, this 23rd day of December 1916.

Recorded January 16th 1917

J H Ward M. G.

## MARRIAGE LICENSE
### STATE OF GEORGIA, BIBB COUNTY

To any Judge, Justice of the Peace or Minister of the Gospel:

YOU ARE HEREBY AUTHORIZED TO JOIN

Paul Rusher and Roberta Bell

In the Holy State of Matrimony, according to the Constitution and Laws of this State, and for so doing, this shall be your sufficient License. And you are hereby required to promptly return this License to me, with your certificate hereon, of the fact and date of the Marriage.

Given under my hand and seal, this 13th day of January 1917.

C M Wiley (E. A.)

### CERTIFICATE, Georgia, Bibb County

I Certify, That Paul Rusher and Roberta Bell were joined in Matrimony by me, this 13th day of January 1917.

Recorded January 16th 1917

M. G.

## MARRIAGE LICENSE
### STATE OF GEORGIA, BIBB COUNTY

To any Judge, Justice of the Peace or Minister of the Gospel:

YOU ARE HEREBY AUTHORIZED TO JOIN

Oscar Clyde and Ida Brown

In the Holy State of Matrimony, according to the Constitution and Laws of this State, and for so doing, this shall be your sufficient License. And you are hereby required to promptly return this License to me, with your certificate hereon, of the fact and date of the Marriage.

Given under my hand and seal, this 4th day of January 1917.

C M Wiley (E. A.)

### CERTIFICATE, Georgia, Bibb County

I Certify, That Oscar Clyde and Ida Brown were joined in Matrimony by me, this 4th day of January 1917.

Recorded January 16th 1917

J A Clyde M. G.

## MARRIAGE LICENSE
### STATE OF GEORGIA, BIBB COUNTY

To any Judge, Justice of the Peace or Minister of the Gospel:

YOU ARE HEREBY AUTHORIZED TO JOIN

Henry Woolfork and Olivia Harris

In the Holy State of Matrimony, according to the Constitution and Laws of this State, and for so doing, this shall be your sufficient License. And you are hereby required to promptly return this License to me, with your certificate hereon, of the fact and date of the Marriage.

Given under my hand and seal, this 11th day of January 1917.

C M Wiley (E. A.)

### CERTIFICATE, Georgia, Bibb County

I Certify, That Henry Woolfork and Olivia Harris were joined in Matrimony by me, this 11th day of January 1917.

Recorded January 1917

A P Crackle M. G.

## MARRIAGE LICENSE
### STATE OF GEORGIA, BIBB COUNTY

To any Judge, Justice of the Peace or Minister of the Gospel:

YOU ARE HEREBY AUTHORIZED TO JOIN

Paul Rusher and Roberta Bell

In the Holy State of Matrimony, according to the Constitution and Laws of this State, and for so doing, this shall be your sufficient License. And you are hereby required to promptly return this License to me, with your certificate hereon, of the fact and date of the Marriage.

Given under my hand and seal, this 13th day of January 1917.

C M Wiley (E. A.)

### CERTIFICATE, Georgia, Bibb County

I Certify, That Paul Rusher and Roberta Bell were joined in Matrimony by me, this 13th day of January 1917.

Recorded January 16th 1917

M. G.

Joseph Phelps
B: 1897 - D: 1972

Edna Oliver
B: 1899 - D: 1990







# 1940 United States Federal Census

## Record Index

| | |
|---|---|
| **Name:** | Horace Pheeps |
| **Respondent:** | |
| **Temporarily Absent:** | |
| **Age:** | 18 |
| **Estimated Birth Year:** | 1922 |
| **Gender:** | Male |
| **Race:** | 2 |
| **Birthplace:** | Georgia |
| **Marital Status:** | Single |
| **Relation to Head of House:** | Son |
| **Home in 1940:** | Macon, Bibb, Georgia |
| **Map of Home in 1940:** | Macon,Bibb,Georgia |
| **Street:** | Elrev Street |
| **House Number:** | 120 |
| **Farm:** | |
| **Inferred Residence in 1935:** | Macon, Bibb, Georgia |
| **Residence in 1935:** | Same Place |
| **Resident on farm in 1935:** | No |
| **Citizenship:** | |
| **Sheet Number:** | 19A |
| **Institution:** | |
| **Number of Household in Order of Visitation:** | |
| **Father's Birthplace:** | |
| **Mother's Birthplace:** | |
| **Occupation:** | Laborer |
| **Industry:** | Box Mfg Plant |
| **House Owned or Rented:** | |
| **Value of Home or Monthly Rental if Rented:** | |
| **Woman Marriages:** | |
| **Woman Age at First Marriage:** | |
| **Number of Children Ever Born:** | |
| **Attended School or College:** | No |
| **Highest Grade Completed:** | Elementary school, 5th grade |
| **Hours Worked Week Prior to Census:** | 42 |
| **Duration of Unemployment:** | |
| **Class of Worker:** | Wage or salary worker in private work |
| **Weeks Worked in 1939:** | 30 |
| **Income:** | 330 |
| **Income Other Sources:** | No |
| **Native Language:** | |



|  |  |
|---|---|
| **Social Security Number:** | |
| **Usual Occupation:** | |
| **Usual Industry:** | |
| **Usual Class of Worker:** | |
| **Neighbors:** | View others on page |
| **Household Members:** | 12 |

## Source Information

**Record Url:** https://www.ancestry.com/image-viewer/collections/2442/images/M-T0627-00640-00643

**Source Citation:** Year: *1940;* Census Place: *Macon, Bibb, Georgia;* Roll: *m-t0627-00640;* Page: *19A;* Enumeration District: *11-22*

**Source Information** Ancestry.com. *1940 United States Federal Census* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2012.
Original data: United States of America, Bureau of the Census. Sixteenth Census of the United States, 1940. Washington, D.C.: National Archives and Records Administration, 1940. T627, 4,643 rolls.

# U.S. WWII Draft Cards Young Men, 1940-1947

## Record Index

|  |  |
|---|---|
| **Name:** | Horace Phelps |
| **Gender:** | Male |
| **Race:** | |
| **Age:** | 21 |
| **Relationship to Draftee:** | Self |
| **Birth Date:** | 24 Oct 1919 |
| **Birth Place:** | Macon, USA |
| **Residence Place:** | |
| **Registration Date:** | 1 Jul 1941 |
| **Registration Place:** | Macon, Bibb, Georgia, USA |
| **Employer:** | |
| **Weight:** | |
| **Complexion:** | |
| **Eye Color:** | |
| **Hair Color:** | |
| **Height:** | |
| **Next of Kin:** | Edith Phelps |
| **Household Members:** | 2 |



## Source Information

**Record Url:** https://www.ancestry.com/imageviewer/collections/2238/images/47553_B579513-00031

**Source Citation:** The National Archives at Fort Worth, Texas; Fort Worth, Texas; *WWII Draft Registration Cards for Georgia, 10/16/1940-03/31/1947;* Record Group: *Records of the Selective Service System, 147*

**Source Information** Ancestry.com. *U.S. WWII Draft Cards Young Men, 1940-1947* [database on-line]. Lehi, UT, USA: Ancestry.com Operations, Inc., 2011.
Original data: View Sources.

EXHIBIT E

61

| SERIAL NUMBER | 1. NAME (Print) | | | ORDER NUMBER |
|---|---|---|---|---|
| 17 | H O R A C E (First) | (Middle) | P H E L P S (Last) | |

2. ADDRESS (Print)

_____ (Number and street or R. F. D. number) _____ (Town) _____ (County) ____ (State)

| 3. TELEPHONE | 4. AGE IN YEARS | 5. PLACE OF BIRTH | 6. COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | 21 | MACON (Town or county) | |
| (Exchange) (Number) | DATE OF BIRTH ___ ___ 1919 (Mo.) (Day) (Yr.) | (State or country) | |

7. NAME OF PERSON WHO WILL ALWAYS KNOW YOUR ADDRESS

MRS (Mr., Mrs., Miss) _____ (First) _____ (Middle) PHELP (Last)

8. RELATIONSHIP OF THAT PERSON

MOTHER

9. ADDRESS OF THAT PERSON

_____ (Number and street or R. F. D. number) ___ MACON (Town) ___ (County) __ (State)

10. EMPLOYER'S NAME

_____

11. PLACE OF EMPLOYMENT OR BUSINESS

_____ (Number and street or R. F. D. number) _____ (Town) _____ (County) ____ (State)

I AFFIRM THAT I HAVE VERIFIED ABOVE ANSWERS AND THAT THEY ARE TRUE.

REGISTRATION CARD
D. S. S. Form 1        (over)        16—17195

_____ (Registrant's signature)